Edith Benjamin, appellee, v. Louis E. Emerman and Company, appellant. Gen. No. 37,703.

Opinion filed June 26, 1935.
Samuel C. Horwitz, for appellant; Samuel M. Lanoff, of counsel. Hershenson & Hershenson, for appellee.
Mr. Justice Hall delivered the opinion of the court.

Aaron Miller, appellee, v. Kling Brothers and Company, Inc., appellant. Gen. No. 37,712.

Opinion filed June 26, 1935.
D'Ancona, Pflaum & Kohlsaat, for appellant; Donald H. Mann and Colbert EtsHokin, of counsel. Samuel T. Lawton, for appellee.
Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Elmer J. Lawler and Joseph M. Primakow, plaintiffs in error. Gen. No. 37,938.

Opinion filed June 26, 1935.
Kamfner, Halligan & Marks, for plaintiffs in error; Arthur J. Goldberg, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth, John T. Gallagher and C. Vernon Thompson, Assistant State's Attorneys, of counsel.
Mr. Justice Hall delivered the opinion of the court.

University State Bank, appellant, v. Katie Sack and Bernard Sack, appellees. Gen. No. 38,037.

Opinion filed June 26, 1935.
Defrees, Buckingham, Jones & Hoffman, for appellant; Don Kenneth Jones and Chas. O. Butler, of counsel. Rathje, Hinckley, Barnard, Kulp & Tucker, for appellees; Francis E. Hinckley, of counsel.
Mr. Justice Hall delivered the opinion of the court.